Jose **MONTENEGRO–MARQUEZ**; Gabriella Cardiel De Montenegro, Petitioners,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 05–74247.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 28, 2008.*

Filed Nov. 3, 2008.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioners.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, Lyle D. Jentzer, Esq., U.S. Department of Justice Civil Div./Office of Immigration Lit., Matthew R. Oakes, U.S. Department of Justice Environmental & Natural Resources Div., Washington, DC, for Respondent.

Before: HAWKINS, RAWLINSON, and M. SMITH, Circuit Judges.

MEMORANDUM **

Jose Montenegro Marquez and his wife, natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") decision denying their application for asylum and withholding of removal. We have jurisdiction under 8 U.S.C. § 1252. We review factual findings for substantial evidence, *Aruta v. INS,* 80 F.3d 1389, 1393 (9th Cir.1996), and we deny the petition for review.

Substantial evidence supports the IJ's finding that Montenegro–Marquez has not demonstrated a well-founded fear of future persecution in Mexico. *See id.* at 1395–96; *Cuadras v. INS,* 910 F.2d 567, 571 (9th Cir.1990).

Because Montenegro–Marquez has failed to establish eligibility for asylum, he necessarily failed to satisfy the more stringent standard for withholding of removal. *See Mansour v. Ashcroft,* 390 F.3d 667, 673 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. Petr. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.